UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC FLORES,

    Plaintiff,                                 Case No. 1:15-cv-1075

v.                                          HON. JANET T. NEFF

UNITED STATES ATTORNEY
GENERAL and FEDERAL
BUREAU OF INVESTIGATION,

    Defendants.
_____/

## **ORDER**

This is a civil action. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 10, 2015, recommending that this Court dismiss Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2), and that an appeal of the decision would not be taken in good faith. Plaintiff has not objected to the Report and Recommendation. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 12) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment consistent with this Order will issue.


Dated: December 7, 2015                              /s/ Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge